UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Party Princess Toledo , LLC, *et. al.*, | * Case No. 3:17-cv-02490 |
| Plaintiffs, | * |
| -vs- | * Judge Jeffrey J. Helmick |
| Party Princess USA LLC, *et. al.*, | * **JOINT STATUS REPORT** |
| Defendants. | * |

\* \* \*

Pursuant to this Court's Order dated February 13, 2019, the parties submit this Joint Status Report advising the Court of the status of this matter.

The parties, through counsel, have preliminary explored options for resolution of this matter and have recently exchanged communications to this effect.  If this matter is not resolved, then Plaintiff will file a demand and complaint for arbitration with the American Arbitration Association or, alternatively, will file a Rule 41 dismissal.

*/s/ Donald C. Bulea*
Donald C. Bulea
Giffen & Kaminski
1300 East Ninth Street, Ste. 1600
Cleveland, Ohio 44114
Ph.: 216-621-5161
Fax: 216-621-2399
Email: dbulea@thinkgk.com

/s/ *Rebecca E. Shope*
Rebecca E. Shope (0083942)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio  43604
Ph.: 419.241.9000
Fax:  419.241.6894
E-mail:  rshope@shumaker.com

## **CERTIFICATION**

The undersigned hereby certifies that on May 1, 2019, a copy of the foregoing **Joint Status Report** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Rebecca E. Shope*
Rebecca E. Shope
Attorneys for Plaintiffs